No. 99–6167. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6170. MITCHELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6171. LOZANO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6183. CASH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1932. PATAKI, GOVERNOR OF NEW YORK, ET AL. v. GRUMET ET AL. Ct. App. N. Y. Certiorari denied. JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE THOMAS would grant certiorari.

No. 98–1942. NIKE, INC. v. WAL-MART STORES, INC., ET AL. C. A. Fed. Cir. Motion of Reebok International Ltd. and Rockport Co., Inc., for leave to file a brief as amici curiae granted. Certiorari denied.

No. 98–2007. CITY OF NEW YORK ET AL. v. COVINGTON. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 99–203. COYLE, WARDEN v. MAPES. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 99–77. GIBSON v. HEAD, WARDEN. Sup. Ct. Ga. Motions of Southern Center for Human Rights, NAACP Legal Defense & Educational Fund, and American Bar Association for leave to file briefs as amici curiae granted. Certiorari denied.